IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES DAVIS,** *et al.*　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　**CASE NO. 4:21-CV-00470-BSM**

**DOLLAR GENERAL CORPORATION**　　　　　　　　　　　　**DEFENDANT**

## ORDER

Defendant's unopposed motion to dismiss for lack of jurisdiction [Doc. No. 42] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE