IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES DAVIS,** *et al.*                                                                                   **PLAINTIFFS**

**v.**                               **CASE NO. 4:21-CV-00470-BSM**

**DOLLAR GENERAL CORPORATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE